FILED ENTERED RECEIVED SERVED ON COUNSEL/PARTIES OF RECORD

MAY 31 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) Plaintiff, ) ) v. ) ) TAVARES CHANDLER, ) ) Defendant. ) | 2:10-CR-482-GMN (PAL) |

**FINAL ORDER OF FORFEITURE**

On May 12, 2011, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), based upon the plea of guilty by defendant TAVARES CHANDLER to a criminal offense, forfeiting specific property alleged in the Indictment and shown by the United States to have a requisite nexus to the offense to which defendant TAVARES CHANDLER pled guilty. Docket #1, #40, #41, #44, #47.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law on May 28, 2011, June 4, 2011, and June 11, 2011, in the *Las Vegas Review-Journal/Sun*, notifying all third parties of their right to petition the Court. #51.

On July 20, 2011, JAYSON WALTERS was personally served with copies of the Preliminary Order of Forfeiture and the Notice. #55.

. . .

. . .

On August 3, 2011, the Petition, Stipulation for Return of Property and Order was filed. #56. On August 4, 2011, the Court entered the Order granting the Petition, Stipulation for Return of Property. #57.

This Court finds no additional petitions were filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

1) an HS Products XD40, .40 caliber semi-automatic handgun bearing serial number US258337; and

2) any and all ammunition.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this 31 day of May, 2012.

_____
UNITED STATES DISTRICT JUDGE

2