UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

USA

        Plaintiff,

vs.

TAVARES CHANDLER

        Defendant.

District No. 2:11-CR-482 GMN PAL

## ORDER TEMPORARILY UNSEALING TRANSCRIPT

On June 29, 2012 this court received a transcript order form dated June 28, 2012 requesting a Transcript of the hearing held on August 8, 2011 from Mr. James A. Oronoz, counsel for the Defendant, in which **a portion of the hearing is sealed.**

**IT IS THE ORDER OF THE COURT** that portion of the sealed recording shall be unsealed by the Clerk for the limited purpose of providing a transcript of hearing as requested by Defendant's Counsel.

**IT IS FURTHER ORDERED** that the portion of the sealed recording shall thereafter be resealed by the Clerk, until further order of this Court.

**IT IS FURTHER ORDERED** that Defendant's Counsel shall not disclose the sealed contents of the transcript to anyone other than the representatives of the parties directly concerned with this case.

DATED this 2 day of July, 2012.

_____
Gloria M. Navarro
United States District Judge